

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD W. CLAYTON,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,<br><br>　　　　　　　　　　Defendant. | Case No.: 24-cv-2257-DMS-JLB<br><br>**ORDER GRANTING JOINT MOTION FOR THE AWARD AND PAYMENT OF EQUAL ACCESS TO JUSTICE ACT FEES AND EXPENSES** |

　　　　Pending before the Court is the parties' Joint Motion for the Award and Payment of Equal Access to Justice Act Fees and Expenses. (ECF No. 13). The Court finds that the rates requested are consistent with the statutory maximum hourly rates, as described by the Ninth Circuit. *See Statutory Maximum Rates Under the Equal Access to Justice*, U.S. CTS. FOR THE NINTH CIR., https://www.ca9.uscourts.gov/attorneys/statutory-maximum-rates/ (last visited Mar. 5, 2025). The parties' requested legal assistance rate is also consistent with legal assistant or paralegal rates awarded in this district. *See Durruthy v. Charter Commc'ns, LLC*, No. 20-CV-01374-W-MSB, 2021 WL 6883423, at *6 (S.D. Cal. Sept. 30, 2021) (collecting cases). The Court also finds that hours expended by Plaintiff's counsel to be reasonable. Accordingly, the Court **ORDERS** that fees and expenses in the amount

of **$7,500.00** as authorized by 28 U.S.C. § 2412, and **$405.00** in costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Joint Motion.

**IT IS SO ORDERED.**

Dated: March 5, 2025

_____
Hon. Dana M. Sabraw
United States District Judge